# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

WANDA MARDIS, *et al.*, individually and on behalf of all others similarly situated,

       *Plaintiffs*,

   v.

JACKSON HEWITT TAX SERVICE INC., *et al.*,

       *Defendants*.

Civil Action No. 16-2115

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    For the reasons set forth in the accompanying Opinion, and for good cause shown,

    IT IS on this 27th day of April, 2021,

    **ORDERED** that Defendants' motion to deny class certification, D.E. 208, is **GRANTED**; and it is further

    **ORDERED** that Plaintiffs' cross-motion for class certification, D.E. 211, is **DENIED without prejudice**; and it is further

    **ORDERED** that Plaintiffs are directed to contact the Magistrate Judge assigned to this matter within seven (7) days of the date of this Order regarding scheduling.

                                             */s/ John Michael Vazquez*
                                        John Michael Vazquez, U.S.D.J.